COMMONWEALTH of Pennsylvania,
Respondent

v.

Dovantae JOHNSON, Petitioner

No. 52 EAL 2017

Supreme Court of Pennsylvania.

July 11, 2017

### ORDER

PER CURIAM

**AND NOW**, this 11th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.

Vamsidhar VURIMINDI, Petitioner

v.

COURT OF COMMON PLEAS PHILA-DELPHIA COUNTY and President Judge, Ct. Com. Pl. Phila, Respondents

No. 42 EM 2017

Supreme Court of Pennsylvania.

July 11, 2017

### ORDER

PER CURIAM

**AND NOW**, this 11th day of July, 2017, the Application to Enforce is **DENIED**.

Lamont FULTON, Petitioner

v.

COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY,
Respondent

No. 66 EM 2017

Supreme Court of Pennsylvania.

July 11, 2017

### ORDER

PER CURIAM

**AND NOW**, this 11th day of July, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.

COURT OF COMMON PLEAS and Superior Courts of Pennsylvania, Respondents

v.

Ernest ADKINS, Petitioner

No. 67 EM 2017

Supreme Court of Pennsylvania.

July 11, 2017

### ORDER

PER CURIAM

**AND NOW**, this 11th day of July, 2017, the Petition for Extraordinary Relief is **DENIED**.